**Todd Brewer WEEKS, Plaintiff–
Appellant,**

v.

**Nolan ESPINDA; et al., Defendants–
Appellees.**

**No. 10–15947.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed June 30, 2011.

Todd Brewer Weeks, pro se.

Before: CANBY, O'SCANNLAIN, and
FISHER, Circuit Judges.

## MEMORANDUM **

Todd Brewer Weeks, a Hawaii state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging due process violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal of a complaint under 28 U.S.C. § 1915(A) for failure to state a claim. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed Weeks's due process claim because Hawaii law does not create a liberty interest in the state's furlough program. *See Olim v. Wakinekona*, 461 U.S. 238, 249, 103 S.Ct. 1741, 75 L.Ed.2d 813 (1983); Haw.Rev. Stat. § 353–17.

We will not consider Weeks's other claims because they are raised for the first time on appeal. *See Int'l Union of Bricklayers & Allied Craftsman Local Union No. 20 v. Martin Jaska, Inc.*, 752 F.2d 1401, 1404 (9th Cir.1985).

Weeks's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

